UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL DE LA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR GALLOWAY, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00997-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DEPOSITION TRANSCRIPTS<br><br>(ECF NO. 40) |

Jose Miguel Da Le Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 21, 2022, Plaintiff filed a request for the transcripts from his deposition that was taken on March 7, 2022. (ECF No. 40). Plaintiff does not state why he wants the transcripts.

Plaintiff has cited no legal authority requiring the Court to pay to provide Plaintiff a copy of a transcript from a deposition, and the Court is aware of none. If Plaintiff wants a copy, he may request a copy from the officer who transcribed the deposition, for a fee. Fed. R. Civ. P. 30(f)(3) ("When paid reasonable charges, the officer must furnish a copy of the transcript or recording to any party or the deponent.").

To the extent that Plaintiff is asking for a copy of the transcripts so that he can correct

any errors therein, the Federal Rules of Civil Procedure provide a mechanism for correcting errors, and Plaintiff does not need an order from the Court to do so.  Federal Rule of Civil Procedure 30(e) states:

> ***(1) Review; Statement of Changes.***  On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:
> **(A)** to review the transcript or recording; and
> **(B)** if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.
> ***(2) Changes Indicated in the Officer's Certificate***. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

Accordingly, IT IS ORDERED that Plaintiff's request for deposition transcripts is DENIED.

IT IS SO ORDERED.

Dated:   **March 23, 2022**                         /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE