UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL DE LA CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>OSCAR GALLOWAY, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00997-KES-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON APRIL 20, 2026, TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO UPDATE PLAINTIFF'S ADDRESS<br><br>(ECF No. 67)<br><br>ORDER TO CLERK TO RE-SERVE ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 66) |

Plaintiff Jose Miguel De La Cruz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on July 20, 2020. (ECF No. 1). Plaintiff alleges that Defendants were deliberately indifferent to his serious medical need when they failed to provide Plaintiff with treatment for his hearing impairment.

On February 13, 2026, the Court's order denying Plaintiff's renewed motion to appoint counsel (ECF No. 66) was returned as undeliverable, indicating that Plaintiff is no longer at the address submitted to the Court. Plaintiff did not update address with the Court, and on April 20, 2026, the Court issued its findings and recommendations that this case be dismissed for failure to comply with a court order and failure to update Plaintiff's address. (ECF No. 67)

1

On May 8, 2026, Plaintiff filed his objections to the findings and recommendations. (ECF No. 68). Plaintiff states that a correctional officer came to his cell door to deliver his mail, including the Court's order denying his motion to appoint counsel, but Plaintiff was asleep and did not wake up. (*Id.* at 1). The officer left and never returned with the Court documents. (*Id.*). Plaintiff states that he remains at the same address on the docket and that he is ready to proceed with the case. (*Id.*).

Given Plaintiff's assertions, the Court will vacate the findings and recommendations issued on April 20, 2026.[1]

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on April 20, 2026 (ECF No. 67), are VACATED;

2. The Clerk is ORDERED to re-serve the Court's order denying Plaintiff's Renewed Motion for Appointment of Counsel. (ECF No. 66).

IT IS SO ORDERED.

Dated:   **May 12, 2026**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Pending before the district court are findings and recommendations that Defendants' motion for summary judgment be denied, dated February 28, 2023. (ECF No. 58)